IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

PENNYMAC LOAN SERVICES, LLC,

    Plaintiff,

v.                                                        No. 1:25-cv-01151-JDB-jay

MICHAEL ANDREWS; and
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the motion of Plaintiff, Pennymac Loan Services, LLC, for default judgment against Defendant, Michael Andrews, pursuant to Federal Rule of Civil Procedure 55(b). (Docket Entry 18 ("D.E.") 18.) By order, this motion was referred to the United States magistrate judge for a report and recommendation, and if necessary, to hold a hearing as to the relief sought by Plaintiff. (D.E. 20.) After reviewing the motion, Magistrate Judge Jon A. York recommended that Pennymac's motion be granted and that it be awarded damages in the amount of $139,011.72, with a daily interest rate of $10.32 each day thereafter as of January 16, 2026. (D.E. 21 at PageID 188.) At the end of the Report and Recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days. (*Id.*) He added that "failure to file objections within fourteen (14) days may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal." (*Id.* (emphasis omitted)).

No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired. Consequently, each party has forfeited their objections to the report and

recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).  Accordingly, upon review of the record, the report and recommendation (D.E. 21) is ADOPTED, Plaintiff's motion for default judgment (D.E. 18) is GRANTED, and Plaintiff is awarded damages in the amount of $139,011.72 with a daily interest rate of $10.32 each day thereafter as of January 16, 2026.

  IT IS SO ORDERED this 10th day of February 2026.

               s/ J. DANIEL BREEN
               UNITED STATES DISTRICT JUDGE